UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA,<br><br>                Plaintiff,<br>      v.<br><br>WACHOVIA MORTGAGE, et al.,<br><br>                Defendants. | Case No.: 11-CV-00109-LHK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

On January 7, 2011, Plaintiff filed a complaint against Defendant Wachovia Mortgage and others, as well as an Application to Proceed *In Forma Pauperis*. *See* Dkt. Nos. 1 and 2. The case was originally assigned to Magistrate Judge Grewal. Before reassigning this case to the undersigned, Judge Grewal issued a Report and Recommendation recommending that this case be dismissed for lack of subject matter jurisdiction. *See* Dkt. No. 4. Having reviewed Judge Grewal's Report and Recommendation, and the law and facts cited therein, the Court agrees that the Plaintiff has not alleged an adequate basis for federal jurisdiction over his complaint. Accordingly, the Court ADOPTS the Report and Recommendation, and DISMISSES this case without prejudice. Plaintiff's Application to Proceed *in Forma Pauperis* is denied as moot.

**IT IS SO ORDERED.**

Dated: January 20, 2011

                                                  _____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00637-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE